# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR HEDRICK, | Case No. 1:13-cv-00978-LJO-SAB |
| Plaintiff, | ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |
| v. | |
| DISTRICT ATTORNEY OFFICE, et al., | |
| Defendants. | |

Plaintiff Victor Hedrick ("Plaintiff") filed this action under 42 U.S.C. § 1983 pertaining to events which occurred in Butte County, California. Local Rule 120(d) states that all civil actions arising in Butte County shall be commenced in the Sacramento Division of the United States District Court for the Eastern District of California. Local Rule 120(f) states that, when an action is commenced in the wrong division, the Court may transfer that action to the proper venue within the district.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California, Sacramento Division; and

///
///
///
///

1

2.     All future filings shall reference the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, California 95814

IT IS SO ORDERED.

Dated:   **June 26, 2013**

UNITED STATES MAGISTRATE JUDGE

2